☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Royeesha Michelle Ballentine**　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 2607 Laurelcrest Dr
　　　　　　　　Memphis, TN 38133　　　　　(2)

**PLAN PAYMENT:**
　**Debtor(1)** shall pay $ **280.00**　☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
　☑ **PAYROLL DEDUCTION** From: **City of Memphis, Tennessee Memphis, TN 38103-2082**　**OR** ( ) **DIRECT PAY**

　**Debtor(2)** shall pay $　　　　　　　　　☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
　☐ **PAYROLL DEDUCTION** From:　　　　　　　　　　　　　　**OR** ( ) **DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

　(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
　(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☑ YES　☐ NO
　　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
　(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
　　　　　ongoing payment begins　　　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:

**5. PRIORITY CLAIMS:**

**Internal Revenue Service**　　　　　　Amount **900.00**　　　　　　$ **100.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**　　ongoing payment begins　　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:　　　　　Interest　　　　　　　$

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral/Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Conn Appliances Inc** | 500.00 | 6.75 | $10.00 |
| **Credit Acceptance** | 21,789.00 | 6.75 | $429.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                    Amount:           Rate of Interest        Monthly Plan Payment:
-NONE-                                                                         $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Department of Education/Nelnet          ☐   Not provided for   **OR**   ☑   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $25,491.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐     _____ %, OR,
☑     **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Sua Miller: Residential Lease                                    ☑  Assumes  **OR**  ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                                       Date  November 13, 2019                        .
B. David Sweeney 012821
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)